IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:10-CR-14-WKW |
| | ) | |
| FLESTER LEE CROWELL, et al. | ) | |
| | ) | |

UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that this Court continue the sentencing hearing in this matter. In support thereof, we would show the following:

1. The above-styled cases are set for sentencing on August 5, 2010, beginning at 10:30 a.m.[1]

2. The PreSentence Reports in the above-styled cases have been completed, and there are numerous objections to the facts contained therein and the drug quantity calculations of the respective Probation Officers, by each of the co-defendants.

3. Based on the government's belief that the Court's determination of the facts of the case and the drug calculations will be the same as to each co-defendant, and the fact that Rodriguez has already been continued by the Court, the government believes that it would be appropriate and

---

[1] There are 7 co-defendants in this case. Flester Lee Crowell is set for trial on October 18, 2010, an unnamed co-defendant has yet to be arrested, and Francisco Rodriguez's sentencing has been continued to September 21, 2010.

reasonable to continue the sentences to the date and time on which Rodriguez is currently set, namely 10:00 am, September 21, 2010.[2]

4.      Additionally, the defendants have not completed their cooperation and the additional time may allow them to do so.

5.      The government has contacted defense counsel James Cooper (counsel for Jerry Holland), Susan James (counsel for Jose Carrillo) and Michael Kidd (counsel for Dimarcus Shelling), who have no objection to the continuance.[3]

6.      The defendants will suffer no prejudice should the Court grant this motion.

For the reasons stated above, the United States requests that this Honorable Court continue sentencing in this matter.

Respectfully submitted this the 29th day of July, 2010.

                                                        LEURA G. CANARY
                                                        UNITED STATES ATTORNEY

                                                        /s/ Susan R. Redmond
                                                        SUSAN R. REDMOND
                                                        Assistant United States Attorney
                                                        131 Clayton Street
                                                        Montgomery, Alabama 36104
                                                        334.223.7280
                                                        334.223.7138 fax
                                                        susan.redmond@usdoj.gov

---

[2] Attorney Cooper has requested that the government make the Court aware that he is not available September 1-18, 2010, as he will be out of the country.

[3] Government counsel has left several voice mail messages and emails for Timothy Halstrom, counsel for Pedro Rodriguez-Palma, but has not confirmed his position as to the requested continuance.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:10-CR-14-WKW |
| | ) | |
| FLESTER LEE CROWELL et al. | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on July 29, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James, Timothy Halstrom, Michael Kidd, Russell Duraski, Donnie Bethel, and James Cooper, counsel for defendant.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY


    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    334.223.7280
    334.223.7138 fax
    susan.redmond@usdoj.gov