IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>v.<br><br>DIMARCUS SHELLING,<br>　　　Defendant. | }<br>}<br>}<br>}<br>} Case No. 3:10 cr-0014-WKW<br>}<br>}<br>}<br>} |

## MOTION TO CONTINUE SENTENCING DATE

COMES NOW, Dimarcus Shelling, by and through his attorney of record, Michael L. Kidd, hereby respectfully moves this honorable court to continue the sentencing date in the above cause of action from August 5, 2010. In support of said motion the defendant would offer the following:

1. Said defendant has entered a guilty plea in the above cause of action pursuant to 11(C)1(c) Federal Rules of Criminal Procedure.
2. Pursuant to said plea, the defendant has agreed to testify and cooperate against any co-defendants.
3. Continuing said sentencing hearing would provide the defendant with the best opportunity to cooperate with the government allowing him to receive the full benefit of any recommended departure offered by the government.
4. Undersigned counsel has previously spoken to the prosecution in the above cause and the government has no objection to the defendant's motion.

WHEREFORE the defendant respectfully request his sentencing date in the above cause of action be moved to a later date.

Respectfully submitted on this the 28th day of July, 2010.

　　　　　　　　　　　　　　　　　　　S/ Michael L. Kidd
　　　　　　　　　　　　　　　　　　　**MICHAEL L. KIDD (KID001)**
　　　　　　　　　　　　　　　　　　　Attorney for the Defendant
　　　　　　　　　　　　　　　　　　　22 Scott Street
　　　　　　　　　　　　　　　　　　　Montgomery, AL  36104
　　　　　　　　　　　　　　　　　　　Telephone:　(334) 834.5433
　　　　　　　　　　　　　　　　　　　Facsimile:　(334) 265.1926
　　　　　　　　　　　　　　　　　　　uakidd@netzero.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 28, 2010, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:
Susan Redmond
United States Attorney
Post Office Box 197
Montgomery, AL  36101

                                            s/ Michael L. Kidd
                                            **of COUNSEL**