IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:10-CR-14-WKW |
| | ) | |
| FLESTER LEE CROWELL, et al. | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that this Court continue the sentencing hearing in this matter. In support thereof, we would show the following:

1. The above-styled cases are set for sentencing on September 21, 2010, beginning at 10:00 a.m.[1]

2. The PreSentence Reports in the above-styled cases have been completed and while a single objection by each of the co-defendants remain, based on recent proffers, additional information shall be reported to the respective Probation Officers and should be provided to the Court for consideration.[2]

3. Additionally, counsel for Mr. Shelling, Mike Kidd, is involved in a capital murder trial in the Circuit Court of Montgomery County and is expected to be in trial at the time sentencing is currently set.

---

[1] There are 7 co-defendants in this case. Flester Lee Crowell is set for trial on October 18, 2010, but has filed his Notice of Intent to Plead Guilty, and an unnamed co-defendant has yet to be arrested.

[2] It should be noted that counsel will be receiving copies of the additional disclosures on today's date.

4.	Finally, based on the government's belief that the Court's determination of the facts of the case and the drug calculations will be the same as to each co-defendant, the fact that one sentencing cannot go forward because counsel will not be available, the fact that Probation must be made aware of additional facts and information to present to the Court, and the fact that Mr. Crowell will be entering a guilty plea and must then have his own sentencing hearing date set, the government believes that it would be appropriate and reasonable to continue the sentences to a future date and time in which to allow the presentence reports to be amended and Mr. Crowell to be added to the sentencing docket.

5.	The government has contacted defense counsel, who have no objection to the continuance.

6.	The defendants will suffer no prejudice should the Court grant this motion.

For the reasons stated above, the United States make this final request that this Honorable Court continue sentencing in this matter.

Respectfully submitted this the 17th day of September, 2010.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7138 fax
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:10-CR-14-WKW |
| | ) | |
| FLESTER LEE CROWELL et al. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James, Timothy Halstrom, Michael Kidd, Russell Duraski, Donnie Bethel, and Aimee Smith, counsel for defendants.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7138 fax
susan.redmond@usdoj.gov