THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:10-cr-14 -WKW-04 |
| | ) | |
| DIMARCUS SHELLING | ) | |

**MOTION FOR DOWNWARD DEPARTURE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to the United States Sentencing Commission, Guidelines Manual, Section 5k1.1, and United States Code 18 § 3553(e), respectfully requests this Honorable Court to downwardly depart five (5) levels in the sentence that would otherwise be imposed on Defendant Dimarcus Shelling, and as reasons therefore, submits the following:

1. The United States herein states that Dimarcus Shelling has provided substantial assistance in the prosecution of the co-defendants in this case.

Wherefore, premises considered, the United States moves this Honorable Court for a downward departure from the calculated guideline range and statutorily set mandatory minimum. This motion seeks a departure of five (5) levels and requests that this Court grant said motion.

Respectfully submitted this the 5th day of October, 2010.

                                          LEURA G. CANARY  
                                        UNITED STATES ATTORNEY

                                        /s/Susan R. Redmond  
                                        SUSAN R. REDMOND  
                                        Assistant United States Attorney  
                                        301 Clayton Street  
                                        Montgomery, AL 36104  
                                        Phone: (334) 223-7280  
                                        FAX: (334) 223-7280  
                                        E-mail: susan.redmond@usdoj.gov

THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:10-cr-14-WKW-04 |
| | ) | |
| DIMARCUS SHELLING | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Kidd, Esq.

    LEURA G. CANARY
    UNITED STATES ATTORNEY


    /s/Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    301 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    FAX: (334) 223-7280
    E-mail: susan.redmond@usdoj.gov