# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| HON. JUDGE W. KEITH WATKINS | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED OCTOBER 6, 2010 | AT 3:52 A.M./P.M. |
| DATE COMPLETED OCTOBER 6, 2010 | AT 4:30 A.M./P.M. |

UNITED STATES OF AMERICA

VS.                                                           3:10cr14-004-WKW

DIMARCUS SHELLING

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Susan Redmond | X X X X X | Atty. Michael Kidd |

| COURT OFFICIALS PRESENT: | | |
|---|---|---|
| Ann Roy<br>Courtroom Clerk | John Davis<br>Law Clerk | Risa Entrekin<br>Court Reporter |

PROCEEDINGS:

SENTENCING

| | |
|---|---|
| 3:52 PM | Sentencing hearing commenced. Terms of plea agreement stated for the record. Government's **ORAL MOTION** for Reduction in Criminal Offense Level for Acceptance of Responsibility. **ORAL ORDER** granting motion for reduction in offense level. Plea agreement accepted. Government's **ORAL MOTION** to seal proffers for evidence in support of 5K motion. **ORAL ORDER** granting motion to seal. **ORAL ORDER** granting [188] Motion for Downward Departure. Defendant's objection to PSR - weapon enhancement. Objection overruled. Sentence imposed. Defendant remanded to the USMS. |
| 4:30 PM | Hearing concluded. |